UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   NOV 3 0 2009

P.M.
TIME A.M.

------------------------------------------------------------x

GLORIA JACK                           :

                          Plaintiff,       :

          -against-                 :

WEST LAWRENCE CARE, LLC,       :

                         Defendant    :

------------------------------------------------------------x

**MEMORANDUM AND ORDER**

09-CV-2057 (ENV)(LB)

VITALIANO, D.J.

On May 5, 2009, plaintiff's *pro se* action was transferred from the Southern District of New York to this Court. The case was assigned to Magistrate Judge Lois Bloom for pre-trial proceedings. On November 4, 2009, Judge Bloom issued a Report and Recommendation recommending that the case be dismissed without prejudice due to plaintiff's failure to file proof of service of process or show good cause why such service had not been made on defendants pursuant to Federal Rule of Civil Procedure 4(m). The docket shows that a copy of Judge Bloom's Report and Recommendation was mailed to plaintiff at her address of record on November 5, 2009. No objections have been filed.

In reviewing a Report and Recommendation, this court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Moreover, in order to accept a magistrate judge's Report and Recommendation where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

After careful review of the docket and the record below, the Court finds



Magistrate Judge Bloom's Report and Recommendation as to the appropriate disposition of this matter to be correct, comprehensive, well-reasoned, and free of any clear error. The Court, therefore, adopts the Report and Recommendation in its entirety as the opinion of the Court. Accordingly, for all the foregoing reasons, this action is dismissed without prejudice.

The Clerk of the Court is directed to close this case administratively.


SO ORDERED.


Dated: Brooklyn, New York
November 30, 2009

ERIC N. VITALIANO
United States District Judge